COURTROOM MINUTES: Felix Recio Judge Presiding
Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| Court Reporter | : | Schwab |
| CSO | : | Figueroa |
| Law Clerk | : | R Byrd |
| Date | : | July 25, 2002 at 09:10 a.m. |

United States District Court
Southern District of Texas
FILED

JUL 2 5 2002

Michael N. Milby
Clerk of Court

CIVIL CASE NO. B-02-cv-130

Dionicio Grimaldo-Barrientos          *          L Brodyaga
                                       *
vs                                     *
                                       *
E.M. Trominski                         *          N Masso

## STATUS CONFERENCE

L Brodyaga present with Petitioner;
N Masso present for the defendant E.M. Trominski;

The Court address L Brodyaga and states Petitioner appears in another case other than this case;

L Brodyaga states the other action is a question of bond and the current case is the merits, in which the question is, is he eligible for relief?
Further states that because this is a complex issue the Immigration Judge seemed to have missed some immigration law;

The Court states Petitioner has a drug conviction and a firearm conviction;

Counsel request time to workout a solution to this matter;

The Court states if the need for another hearing arises, for counsel to call the Court and a hearing will be set;

Court adjourned.