**ORIGINAL**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 14 2002
Michael N. Milby
Clerk of Court

DIONICIO GRIMALDO-BARRIENTOS

VS.                                C.A. NO. B-02-130

E. M. TROMINSKI, ET AL

---

STATUS CONFERENCE

JULY 25, 2002

---

On the 25th day of July, 2002, the following proceedings came on to be heard in the above-entitled and numbered cause in the United States Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas, before the Honorable Felix Recio, United States Magistrate Judge.

Proceedings reported by machine shorthand.

- - -