United States District Court
Southern District of Texas
FILED

AUG 1 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DIONICIO GRIMALDO-BARRIENTOS, )
                              )
      Petitioner,             )
                              )
v.                            )          CIVIL ACTION NO.
                              )            B-02-130
E.M. TROMINSKI, INS DISTRICT  )
DIRECTOR, and                 )
JOHN ASHCROFT, ATTORNEY       )
GENERAL OF THE UNITED STATES, )
                              )
      Respondents.            )
_____)


RESPONDENTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND


     COME NOW, the Respondents, by and through Michael T.

Shelby, United States Attorney for the Southern District of

Texas, and present this motion for extension of time to respond

to the Petition for Writ of Habeas Corpus filed by the

Petitioner.

     The undersigned, who is responsible for and intimately

involved with the case, has still not returned to work full-

time.  Because this case involves a complex set of facts and

unique issues, the undersigned has actively sought the assistance of the Office of Immigration Litigation and Appellate Counsel in Washington, D.C. to help determine what a proper response should be.  Therefore, the Respondents respectfully request an extension of time to prepare a proper response.  The Return is due on August 19, 2002.  The Respondents request an extension to September 3, 2002, in which to file any responsive pleading.

Petitioner's counsel, Lisa Brodyaga, has been contacted regarding this request and expressed she would not be opposed to the extension of time to respond.

Based on the foregoing, the Respondents respectfully request an extension of time to file a Return in this matter until September 3, 2002.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel:  (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

August 19, 2002

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Unopposed Motion for Extension of Time to Respond was mailed via first class mail, postage prepaid to:

> Lisa Brodyaga, Esquire
> Refugio Del Rio Grande
> 17891 Landrum Park Rd.
> San Benito, TX  78586

on this 19th day of August, 2002.

LISA M. PUTNAM
Special Assistant United States Attorney

3