/6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DIONICIO GRIMALDO-BARRIENTOS, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>E.M. TROMINSKI, INS DISTRICT )<br>DIRECTOR, and )<br>JOHN ASHCROFT, ATTORNEY )<br>GENERAL OF THE UNITED STATES, )<br>)<br>    Respondents. )<br>_____) | CIVIL ACTION NO.<br>B-02-130 |

**ORDER**

Upon consideration of the Unopposed Motion for Extension of Time to Respond filed by the Respondents, the Court finds that the motion for extension of time to respond should be granted.

It is therefore

ORDERED, ADJUDGED AND DECREED that the Respondents will have until September 3, 2002, to file a response.

Done this 20th day of August, 2002.

_____