United States District Court
Southern District of Texas
FILED

SEP 0 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DIONICIO GRIMALDO-BARRIENTOS, )
)
    Petitioner, )
)
v. ) CIVIL ACTION NO.
) B-02-130
E.M. TROMINSKI, INS DISTRICT )
DIRECTOR, and )
JOHN ASHCROFT, ATTORNEY )
GENERAL OF THE UNITED STATES, )
)
    Respondents. )
_____ )

## RESPONDENTS' UNOPPOSED MOTION TO HOLD PROCEEDINGS IN ABEYANCE

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and present this unopposed motion to hold these proceedings in abeyance.

This matter involves a complex issue that the Board of Immigration Appeals failed to consider in its review of the immigration proceedings. Therefore, the parties have determined that this matter should be returned to the Board of Immigration Appeals for in-depth consideration of the issue. The parties will be filing a joint motion to reopen with the Board of Immigration Appeals as soon as possible.

Petitioner's counsel, Lisa Brodyaga, has been contacted regarding this request and expressed she would not be opposed to holding this matter in abeyance.

Based on the foregoing, the Respondents respectfully request this matter be held in abeyance.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

Nancy L. Masso, AUSA, For:
LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

September 3, 2002

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Unopposed Motion to Hold Proceedings in Abeyance was mailed via first class mail, postage prepaid to:

    Lisa Brodyaga, Esquire
    Refugio Del Rio Grande
    17891 Landrum Park Rd.
    San Benito, TX  78586

on this 3rd day of September, 2002.

_____, AUSA, w/permission
for LISA M. PUTNAM
    Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DIONICIO GRIMALDO-BARRIENTOS, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>E.M. TROMINSKI, INS DISTRICT )<br>DIRECTOR, and )<br>JOHN ASHCROFT, ATTORNEY )<br>GENERAL OF THE UNITED STATES, )<br>)<br>    Respondents. )<br>_____) | CIVIL ACTION NO.<br>B-02-130 |

ORDER

Upon consideration of the Unopposed Motion to Hold Proceedings in Abeyance filed by the Respondents, the Court finds that the motion to hold these proceedings in abeyance should be granted.

It is, therefore,

ORDERED, ADJUDGED AND DECREED that this matter will be held in abeyance until further notice to this Court by either party.

Done this _____ day of _____, 2002.

_____
MAGISTRATE JUDGE