IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DIONICIO GRIMALDO-BARRIENTOS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> E.M. TROMINSKI, INS DISTRICT ) <br> DIRECTOR, and ) <br> JOHN ASHCROFT, ATTORNEY ) <br> GENERAL OF THE UNITED STATES, ) <br> ) <br> Respondents. ) <br> _____) | CIVIL ACTION NO. <br> B-02-130 |

ORDER

Upon consideration of the Unopposed Motion to Hold Proceedings in Abeyance filed by the Respondents, the Court finds that the motion to hold these proceedings in abeyance should be granted.

It is, therefore,

ORDERED, ADJUDGED AND DECREED that this matter will be held in abeyance until further notice to this Court by either party.

Done this 10th day of September, 2002.

_____
MAGISTRATE JUDGE

4