UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 3 2002

Michael N. Milby
Clerk of Court

DIONICIO GRIMALDO-BARRIENTOS )
)
v. )   C.A. B-02-130
)
JOHN ASHCROFT et al. )
)

**PETITIONER'S UNOPPOSED MOTION TO DISMISS, AS MOOT**

Petitioner, through counsel, hereby requests that this Honorable Court dismiss the instant petition as moot, and in support of same, respectfully shows as follows:

On September 26, 2002, the Board of Immigration Appeals granted the joint motion of Respondents and Mr. Grimaldo to reopen proceedings, to provide Mr. Grimaldo with an opportunity to seek relief under §212(c) of the Immigration and Nationality Act. *See,* attached. On September 30, 2002, the undersigned spoke with Lisa Putnam, SAUSA, who stated that Respondents concur in the instant motion.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586        Fed. ID.  1178
(956) 421-3226              Texas Bar 03052800
(956) 421-3423 (fax)

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2002, a copy of the foregoing, with proposed Order was mailed, first class postage prepaid, to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas 78551.



U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

**Brodyaga, Lisa S., Esquire**
**17891 Landrum Park Road**
**San Benito, TX 78586**

**Office of the District Counsel/PIS**
**P.O. Box 1711**
**Harlingen, TX 78551**

**Name: GRIMALDO-BARRIENTOS, DIONICIO**          A34-646-445

<u>D</u>ate of this notice: 09/26/2002

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

Lori Scialabba
Chairman

Enclosure

Panel Members:
     VILLAGELIU, GUS

| | |
|---|---|
| **U.S. Department of Justice** <br> Executive Office for Immigration Review | Decision of the Board of Immigration Appeals |
| Falls Church, Virginia 22041 | |

File:   A34 646 445 - Harlingen

Date: **SEP 26 2002**

In re:   DIONICIO GRIMALDO-BARRIENTOS

IN REMOVAL PROCEEDINGS

MOTION

ON BEHALF OF RESPONDENT:   Lisa S. Brodyaga, Esquire

ON BEHALF OF SERVICE:   Lisa M. Putnam
                        Assistant District Counsel

ORDER:

   PER CURIAM. The respondent and Immigration and Naturalization Service in this case have filed a motion to reopen proceedings, contending that this Board erred in affirming the Immigration Judge's decision denying the application for a waiver of inadmissibility under section 212(c) of the Immigration and Nationality Act, 8 U.S.C. § 1182(c).

   As all parties have jointly agreed to reopening of the case in accordance with 8 C.F.R. § 3.2(c)(3)(iii), the record is remanded to the Immigration Judge to afford the respondent an opportunity to apply for relief under section 212(c) of the Act.

*[signature]*
FOR THE BOARD