UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DIONICIO GRIMALDO-BARRIENTOS ) | |
|    Petitioner, ) | |
| ) | |
| v. ) | C.A. B-02-130 |
| ) | |
| JOHN ASHCROFT, et al. ) | |
| _____) | |

ORDER GRANTING PETITIONER'S MOTION TO DISMISS

Upon consideration of the unopposed motion of Petitioner to dismiss the instant case as moot, and good cause appearing therefor,

**IT IS HEREBY ORDERED**, that said motion be, and the same hereby is, **GRANTED,** and

**IT IS FURTHER ORDERED** that the instant cause be dismissed, as moot.

**DONE** at Brownsville, Texas,

on the  7  day of  October , 2002

_____
JUDGE PRESIDING